# EXHIBIT
# A



888 17th Street NW
Washington, DC 20006
www.pilieromazza.com

**Pamela J. Mazza**
pmazza@pilieromazza.com
202.857.1000

January 25, 2021

Mr. Percy M. Jenkins
CEO & Founder
PM Jenkins-Professional Management Services d/b/a W4 Construction Group LLC
4341 S. Westnedge Ave.
Suite 1106
Kalamazoo, MI  49008

Dear Mr. Jenkins:

We would like to express our appreciation for your selection of this firm to provide PM Jenkins-Professional Management Services d/b/a W4 Construction Group LLC (the "Company") with legal counsel. Our representation of the Company is limited to providing advice and counsel on general government contracting matters. We will do our utmost to serve the Company effectively. Although the success or outcome of any given matter is not guaranteed, we will strive to represent the Company's interests vigorously and efficiently.

Samuel S. Finnerty will be your primary point of contact for the Company's representation. We will utilize other attorneys and professionals in the office with the best exercise of our professional judgment. Please let me know promptly if any questions arise about the services provided to the Company by anyone at our firm, so that we can respond appropriately.

This letter confirms the fee arrangement for our services. Our hourly rates are $405.00 to $600.00 for partners and counsel and $235.00 to $420.00 for associates. Sam's current billing rate is $370.00. Our hourly rates are reviewed periodically and changes made thereto are generally effective as of January 1. Partners, associates, paralegals, and other professionals at the firm bill in increments of 1/10 of an hour.

As is our policy, enclosed please find an initial retainer invoice in the amount of $5,000.00. The Company's retainer is due upon execution of this agreement and will be placed in the firm's escrow account. The Company's retainer will be credited against the last monthly bill. Any remaining balance of the retainer will be returned at the conclusion of our

PILIERO
MAZZA

Mr. Percy M. Jenkins
January 25, 2021
Page 2

representation on this matter. However, should the Company fail to pay this firm's legal fees and expenses on a timely basis, the Company understands that this firm may, in its discretion, use the retainer to pay the overdue fees and expenses. In such case, all or part of the retainer amount will be withdrawn from the firm's escrow account. Also, depending on how the matter for which you have engaged us unfolds, or if you engage us for a new matter not covered by this engagement agreement, we may request an increase in the initial retainer.

By this letter, we also wish to inform the Company that, in accordance with the D.C. Bar Rules, any interest earned on the retainer amount held in escrow will be transmitted directly to the D.C. Bar Foundation.

In addition to the payment of our fees on an hourly basis, the Company will be responsible for all out of pocket disbursements and expenses. The firm charges a research fee of 3% on the monthly legal fees, which covers standardized research and related expenses. The Company will also be responsible for long distance telephone calls, photocopying charges, messenger and express delivery services, certain travel expenses, computerized legal research from sources other than those covered above, administrative support services for special projects, such as protests, arbitrations or other litigation, secretarial overtime, filings, and other costs which we may incur or advance on the Company's behalf in the course of our representation of the Company.

In order to serve our clients most efficiently and effectively, the firm drafts and maintains a library of certain types of documents, drawn from our collective experience, to provide a value-added benefit to our clients. In situations where the use of one or more of these pre-drafted documents will assist us in better serving you, we will charge an established value-based flat fee for the use of such material, which will be set forth in our monthly invoice. Our normal hourly rates will be applied to any further customization of the document for the Company.

We will provide the Company with a monthly statement in sufficient detail for the Company to confirm the accuracy of our statements and other charges. Please inform me of any specific questions the Company may have on our monthly statements within ten (10) days after receiving them, as it is our standard practice to treat such statements as being agreed upon if we are not informed of any objections within that ten-day period. Unless you direct us otherwise, we will send our monthly statements to you via email.

We expect all statements to be paid within thirty (30) days after being received. If payment is not received within thirty (30) days, the firm's policy is to add a late fee of 1.25% per month from the date such amount becomes due and payable, together with all costs and expenses in connection with any court proceeding and attorneys' fees incurred in collection of the amount due. If there is any reason that the Company may not be able to pay our invoices



Mr. Percy M. Jenkins
January 25, 2021
Page 3

promptly, please notify me immediately. In addition, if a third party is paying our invoices, the Company bears the ultimate responsibility for timely payment.

It is our policy that we represent only the person or entity that is specifically identified in this engagement letter and not any affiliates of that person or entity. This means that, if you are a corporation, limited liability company, or partnership, our engagement does not include representation of any parents, subsidiaries, or affiliates. Nor does it include representation of any employees, officers, directors, shareholders, members, or managers of the corporation, or limited liability companies, or partners of the partnership, or commonly-owned corporations, joint ventures, or other corporate, governmental, or contractual affiliates or partnerships. If you are an association or coalition, our representation does not include representation of any of the individual members.

Accordingly, for conflict of interest purposes, by accepting this engagement letter, you are agreeing that we may represent another client with interests adverse to any such affiliate or related person or entity without obtaining your further consent. Whether we will do so will depend on several factors, including the jurisdiction in which the representation will be undertaken and whether (i) the adverse matter is the same as, or substantially related to, the matter on which we are representing you; (ii) there is a risk of adverse use or unauthorized disclosure of confidences or secrets obtained during our representation of you; (iii) the representation likely will have a material adverse effect on your financial condition; or (iv) the other client would be adverse to a person or entity which is your "alter ego."

We also wish to emphasize that PilieroMazza PLLC provides a wide array of services to many clients around the country. These services include advisory, legislative, and administrative representation on matters that may affect your interests, directly or indirectly. Therefore, as a condition of our undertaking to represent any client on a particular matter as described in this engagement letter, we ask each of our clients to waive objection to any conflict of interest that might be deemed to be created by our representation of other clients in legislative or administrative policy matters that are unrelated to the specific representation we have been asked to undertake on their behalf. Your waiver will permit us to represent another client in advocating a change in law or policy in areas such as small business or government contracting, even if the policy we advocate would or might have a direct or indirect adverse impact upon your interests.

It is also possible that some of our current or future clients will have disputes with you during the time we are representing you. Therefore, we also ask each of our clients to agree that we may continue to represent or may undertake in the future to represent existing or new clients in any matter (such as litigation, protests, a disputed proceeding, transactional work, or an intellectual property matter) that is not substantially related to our work for you, even if the interests of such clients in those matters are directly adverse to yours. We agree, however, that your prospective consent to conflicting representation shall not apply in any matter that is



Mr. Percy M. Jenkins
January 25, 2021
Page 4

substantially related to the subject matter of our representation of you. We will treat matters as "substantially related" (and therefore not subject to your prospective consent) if they involve the same transaction or legal dispute in which we were engaged on your behalf, or if there is a substantial risk that we have obtained from you any sensitive, proprietary, or other confidential information of a non-public nature that, if known to the other client, could be used by such client to the material disadvantage of your interests in the other matter. In all cases, we will exercise our best professional judgment and due diligence to ensure the confidentiality of all non-public information that you provide us is protected and that any new representation will not impair our ability to represent you zealously in the matters in which we are engaged on your behalf. Your acceptance of this engagement letter will constitute your agreement to the waivers requested herein.

It is also our policy that the attorney-client relationship will terminate upon our completion of any services that you have retained us to perform. Although in many cases there will be an event or a communication that clearly signifies the conclusion of a matter, in the absence of any such clear indicia, we will deem our attorney-client relationship to be terminated if we have not provided the Company with any professional services for a three-month period. We hope, of course, that you will choose to retain us to perform further or additional services. Should you do so, our attorney-client relationship will be re-established subject to these terms of engagement, as they may be supplemented at that time.

If the foregoing arrangements are acceptable to the Company, please acknowledge an understanding thereof, and agreement thereto, by dating and executing this letter in the space provided below, and returning it to us at the Company's convenience.

We look forward to working with you.

PilieroMazza PLLC

By:    _Pamela J. Mazza_____
       Pamela J. Mazza

Agreed and accepted this _25th_____day of _January_____, 2021.

By:    Percy M.        Digitally signed by Percy M.
                       Jenkins
       Jenkins         Date: 2021.01.25 13:55:07
                       -05'00'
       Percy Jenkins
       CEO & Founder
       PM Jenkins-Professional Management Services d/b/a W4 Construction Group LLC